1 The People of the State of Colorado, Plaintiff-Appellant, v. Jason Brandon Perdue, Defendant-Appellee. No. 19CA1790
Court of Appeals of Colorado, Fourth Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Garfield County District Court No. 17CR297 Honorable John F.
 Neiley, Judge
 
 
 
 OPINION
 
 
 TOW
 J., JUDGE
 
 
 SENTENCES
 VACATED AND CASE REMANDED WITH DIRECTIONS.
 
 
 Jones
 and Casebolt * , JJ., concur.